UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ALFRED W. GREY

CASE NO. 08-17992-BKC-AJC

MAY 14 2010

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 5,065.69 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 1 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ALFRED W. GREY
26700 SW 133 CT
MIAMI, FL 33032

JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD STE 208
NORTH MIAMI, FL 33181

WACHOVIA MTG CORP
214 N HOGAN ST, 8TH FLOOR
JACKSONVILLE, FL 32202

WACHOVIA MTG CORP
214 N HOGAN ST, 8TH FLOOR
JACKSONVILLE, FL 32202

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   08-17992-BKC-AJC
ALFRED W. GREY


                                                CHAPTER 13


ALFRED W. GREY

26700 SW 133 CT
MIAMI, FL 33032


JORDAN E BUBLICK, ESQUIRE
11645 BISCAYNE BLVD   STE 208
NORTH MIAMI, FL 33181


WACHOVIA MTG CORP                    ---------$         3,377.13
214 N HOGAN ST, 8TH FLOOR
JACKSONVILLE, FL 32202               **RETURNED FROM CREDITOR**
                                     **BECAUSE CASE DISMISSED**
                                     **CLAIM REGISTER #___1___**

WACHOVIA MTG CORP                    ---------$         1,688.56
214 N HOGAN ST, 8TH FLOOR
JACKSONVILLE, FL 32202               **RETURNED FROM CREDITOR**
                                     **BECAUSE CASE DISMISSED**
                                     **CLAIM REGISTER #___2___**

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130